**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-6292**

—————————

MARK HAMMOND,

        Petitioner - Appellant,

    v.

R. A. PERDUE,

        Respondent - Appellee.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:14-cv-00047-IMK-JSK)

—————————

Submitted: May 21, 2015          Decided: May 27, 2015

—————————

Before MOTZ, KING, and WYNN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Mark Hammond, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Hammond, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. He also appeals the court's order denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hammond v. Perdue, No. 1:14-cv-00047-IMK-JSK (N.D.W. Va. Jan. 8, 2015; Feb. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED